**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**


| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, AKA /DBA FANNIE MAE, | : No. 190 EAL 2014 |
| | : |
| Respondent | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| SOJOURN CAMPBELL, | : |
| | : |
| Petitioner | : |


## ORDER


**PER CURIAM**

     **AND NOW**, this 9th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.